No. 353. CHRISTOFFEL ET AL. *v.* WISCONSIN EMPLOYMENT RELATIONS BOARD ET AL. October 25, 1943. Peti-

tion for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. A. W. Richter* for petitioners. *Mr. James Ward Rector*, Deputy Attorney General of Wisconsin, for the Wisconsin Employment Relations Board; and *Mr. Walter H. Bender* for Nicholas Imp et al.,—respondents.